UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
ARTHUR L. MATHEWS, :
: CASE NO. 4:11-CV-00362
Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. No. 1, 17]
COMMISSIONER OF SOCIAL :
SECURITY, :
:
Defendant. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 18, 2011, Plaintiff Arthur L. Mathews filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny him disability benefits. [Doc. 1.] The matter was referred to Magistrate Judge Nancy A. Vecchiarelli pursuant to Local Rule 72.2, and subsequently to Magistrate Judge Burke. On December 22, 2011, Magistrate Judge Burke issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision. [Doc. 17.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the magistrate's report. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United

-1-

-2-

Case No. 4:11-CV-00362
Gwin, J.

*States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** in whole Magistrate Judge Burke's Report and Recommendation and incorporates it fully herein by reference, and **DISMISSES** Plaintiff Mathews' complaint.

IT IS SO ORDERED.


Dated: February 3, 2011                              s/       *James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE